UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH NAGLICH,<br><br>                          Plaintiffs,<br><br>v.<br><br><br>PFENEX INC., JASON GRENFELL-GARDNER, EVAN B. SCHIMMELPENNINK, PHILLIP M. SCHNEIDER, ROBIN D. CAMPBELL, MAGDA MARQUET, LORIANNE MASUOKA, and JOHN M. TAYLOR,<br><br>                          Defendants. | Case No.:  20-CV-1803 TWR (AGS)<br><br>**ORDER OF DISMISSAL WITHOUT PREJUDICE**<br><br>(ECF No. 5) |

On September 24, 2021 the Court ordered Plaintiff to show cause why this action should not be dismissed for failure to effect service pursuant to Rule 4(m) and Civil Local Rule 4.1(b) and for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b) and Civil Local Rule 41.1(a).  (ECF. No. 5.)

/ / /

/ / /

/ / /

The Court ordered Plaintiff to file a response to the Order to Show Cause within seven (7) days of the electronic docketing of the Order.  As of the date of this Order, Plaintiff have failed to respond to the Order to Show Cause.  Accordingly, the Court **DISMISSES WITHOUT PREJUDICE** this action and **DIRECTS** the Clerk of Court to close the file.

**IT IS SO ORDERED.**

Dated:  November 12, 2021

_____
Honorable Todd W. Robinson
United States District Judge